UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWIN JUSTICE

                Plaintiff,

v.

KATHY DAVIES, et al.,

                Defendants.

Case No. C22-5564-MJP

ORDER DISMISSING ACTION

The Court, having reviewed Plaintiff's original complaint, his first and second amended complaints, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and noting the lack of any objections to the Report and Recommendation, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    This action is DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B), for failure of Plaintiff to allege a viable claim for relief.

//

//

ORDER DISMISSING ACTION
PAGE - 1

1   //

2         (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge

3   Vaughan.

4         DATED this 8th day of February, 2023.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER DISMISSING ACTION
PAGE - 2